**Northmoor Estates, Inc., a Corporation, Appellant, v. Board of Education of School District No. 108, Appellee.**

**Gen. No. 64–35.** <span style="background:black">              </span>

Second District.

April 2, 1965.

Donald T. Morrison, of Waukegan, for appellant; Snyder, Clarke, Dalziel, and Holmquist & Johnson, of Waukegan, for appellee. Opinion by JUSTICE CARROLL. Not to be published in full.